UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-190-DLF |
| v. : | |
| : | |
| ZACHARY JORDAN ALAM, : | |
| : | |
| Defendant. : | |

**JOINT STATEMENT OF THE CASE**

The government has charged the defendant, Zachary Jordan Alam, with ten crimes relating to the events at the United States Capitol on January 6, 2021. More specifically, he is charged with assaulting or interfering with U.S. Capitol Police officers; and with obstructing or interfering with U.S. Capitol Police officers during a civil disorder. He is also charged with the destruction of government property; and with obstructing an official proceeding. He is also charged with unlawfully entering and remaining, and engaging in disorderly and disruptive conduct in a restricted building and grounds, both charges involving a deadly or dangerous weapon, And also he is charged, while inside the U.S. Capitol building, of engaging in an act of physical violence against person or property with a deadly and dangerous weapon, committing an act of physical violence, and unlawfully parading, demonstrating, and picketing.

Mr. Alam denies each charge.