UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: CASE NO. 21-cr-190-DLF
v. :
:
ZACHARY JORDAN ALAM, :
:
Defendant. :

## VERDICT FORM

Count 1:    Assaulting, Resisting, or Impeding Certain Officers

   ✓ Guilty            _____ Not Guilty

Count 3:    Obstructing Officers During a Civil Disorder

   ✓ Guilty            _____ Not Guilty

Count 4:    Destruction of Government Property

   ✓ Guilty            _____ Not Guilty

Count 5:   Obstruction of an Official Proceeding

____✓____                    _____
Guilty                            Not Guilty

Count 6:   Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____✓____                    _____
Guilty                            Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

_____                    _____
Guilty                            Not Guilty

Count 7:   Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____✓____                    _____
Guilty                            Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

_____                    _____
Guilty                            Not Guilty

Count 8: Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____✓____       _____
Guilty                 Not Guilty

If you have marked Guilty as to Count 8 above, proceed to Count 9. If not, you must consider the lesser included offense:

_____       _____
Guilty                 Not Guilty

Count 9: Disorderly Conduct in a Capitol Building

____✓____       _____
Guilty                 Not Guilty

Count 10: Act of Physical Violence in a Capitol Building

____✓____       _____
Guilty                 Not Guilty

Count 11: Parading, Demonstrating, or Picketing in a Capitol Building

____✓____       _____
Guilty                 Not Guilty

Dated this 12th day of September, 2023

