# ATTACHMENT A

**HIGHLY SENSITIVE**

**Congressional Security Sensitive Record**



# Damage Estimate – Capitol Breach

This document remains a Congressional record in its entirety, and disposition and control over this record lies exclusively with the Architect of the Capitol (AOC). This record is not a record or property of the requesting agency or organization for the purposes of the Freedom of Information Act (FOIA) or any other law. This document contains information related to a highly sensitive security system of the United States Congress. Any information related to the security of Congress is under the sole control of Congress and cannot be released to any third party, including the public. The requesting agency or organization agrees to hold such information in confidence. By retaining this document, the requesting agency or organization also agrees not to disclose any such information to any third party without the prior written consent of the AOC, and agrees to forward all FOIA requests for information concerning this document to the AOC for resolution. The requesting agency or organization further agrees that its internal disclosure of the information contained in this document shall be only to those employees, agents, or subcontractors having a need to know such information.

**Location:** The doors to the Speaker's Lobby in the United States Capitol Building.

The glass in these doors was damaged on January 6, 2021. The cost to repair the damaged glass was $3,044. The wood directly beneath the Speaker's Lobby sign was not damaged. The wooden glass stops that held the glass in place were damaged and the repair cost was included in the cost above.



The document contains information related to a highly sensitive security system of the United States Congress. Any information related to the security of Congress is under the sole control of Congress and cannot be released to any third party, including the public, without its full consent.

Architect of the Capitol | Washington, DC 20515  |  www.aoc.gov



**HIGHLY SENSITIVE**

The document contains information related to a highly sensitive security system of the United States Congress.  Any information related to the security of Congress is under the sole control of Congress and cannot be released to any third party, including the public, without its full consent.

# COST ESTIMATE

Prepared by Architect Of The Capitol
02/12/2021 for H2CR4B Speaker's Lobby

### Direct Labor

| | Labor Category | Total Men Required | Total Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1 | AOC Painter WG Wage Rates | 1 | 8 | $34.15 | $273 |
| 2 | AOC Carpentry WG Wage Rates | 1 | 8 | $35.91 | $287 |
| 3 | | | | | $0 |
| 4 | | | | | $0 |
| 5 | | | | | $0 |
| 6 | | | | | $0 |
| 7 | | | | | $0 |
| 8 | | | | | $0 |
| 9 | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | **Direct Labor Total** | | | | **$560** |

Total Estimate:     $3,044

Instructions/Assistance:

### OTHER DIRECT COST

**REQUIRED TRAVEL:  (Not-to-Exceed Amount Worse Case)**

| | Travel (To/From) | No. of Trips | Price Per Trip | Total |
|---|---|---|---|---|
| 1 | | | | $0 |
| 2 | | | | $0 |
| 3 | | | | $0 |
| 4 | | | | $0 |
| | **TOTAL** | | | **$0** |

**MATERIAL/SUPPLIES: (List Below)**

| | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | Glass Material (contractor) | 4 | $307.50 | $1,230 |
| 2 | Glass Labor (contractor) | 4 | $268.75 | $1,075 |
| 3 | Plexiglass | 1 | $129.00 | $129 |
| 4 | Paint Supplies | 1 | $50.00 | $50 |
| 5 | | | | |
| 6 | | | | |
| | **TOTAL** | | | **$2,484** |

**OTHER: (Anything not covered above)**

| | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | | | | $0 |
| 2 | | | | $0 |
| 3 | | | | $0 |
| | **TOTAL** | | | **$0** |

### EQUIPMENT PURCHASES

| | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | | | | $0 |
| 2 | | | | $0 |
| 3 | | | | $0 |
| 4 | | | | $0 |
| 5 | | | | $0 |
| 6 | | | | $0 |
| | **TOTAL** | | | **$0** |

### SOFTWARE PURCHASES

| | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | | | | $0 |
| 2 | | | | $0 |
| 3 | | | | $0 |
| 4 | | | | $0 |
| 5 | | | | $0 |
| 6 | | | | $0 |
| 7 | | | | $0 |
| | **TOTAL** | | | **$0** |