UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-190-DLF |
| v. : | |
| : | |
| ZACHARY JORDAN ALAM, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report with the government's availability and unavailability for rescheduling Defendant Alam's sentencing.

The government's preferred availability is:

- October 21, 2024: 9:00 a.m.-2p.m., 3:00 p.m.-5:00 p.m.
- October 22-23, 2024: all day
- October 26-November 1, 2024: all day
- November 4-6, 2024: all day
- November 7, 2024: all afternoon
- November 20, 2024: 9:00 a.m-12:30 p.m
- November 21, 2024: 11:30 a.m.-12:45 p.m.

The government is *not* available during the following dates and times:
- October 24, 2024: all day
- October 25, 2024: 10:00 a.m.-2 p.m.
- November 14-21, 2024: afternoons[1]
- November 15, 2024: 11:30 am-1:00 p.m.
- November 21, 2024: 9:00 a.m.-11:30 a.m.
- November 25-29, 2024: all day

Respectfully,

AUSA Rebekah Lederer
AUSA Joseph Smith

---

[1] The government is scheduled for a weeklong bench trial with Judge Leon who sits from 1:00 p.m.-5:00 p.m. There is a chance the trial will be done before 11/21/24.